UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

Robert Barnes,

        Defendant.

-------------------------------------------------------x

ORDER

Docket No. 09 CR 01022 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Michael F. Keesee, Esq., is to assume representation of the defendant in the above captioned matter as of January 8, 2020. Mr. Keesee is appointed pursuant to the Criminal Justice Act. His address is 327 Irving Avenue, Port Chester, NY 10573, phone number (914) 937-3880; Email: mfklawyer@yahoo.com

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       January 22, 2020